No. 04–10351. SPIELVOGEL v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 18, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–1410. IN RE JONES; and

No. 04–1413. IN RE REYAD. Petitions for writs of mandamus denied.

No. 03–1559. BANK OF CHINA, NEW YORK BRANCH v. NBM L. L. C. ET AL. C. A. 2d Cir. Certiorari granted limited to the following question: "Did the Court of Appeals for the Second Circuit err when it held that civil Racketeer Influenced and Corrupt Organizations Act plaintiffs alleging mail and wire fraud as predicate acts must establish 'reasonable reliance' under 18 U. S. C. § 1964(c)?"

No. 04–805. TEXACO INC. v. DAGHER ET AL.; and

No. 04–814. SHELL OIL CO. v. DAGHER ET AL. C. A. 9th Cir. Motions of Washington Legal Foundation, Visa U. S. A. Inc. et al., Chamber of Commerce of the United States of America et al., and Antitrust Scholars for leave to file briefs as *amici curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 369 F. 3d 1108.

No. 04–1131. WHITMAN v. DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. Certiorari granted.

No. 04–1360. HUDSON v. MICHIGAN. Ct. App. Mich. Certiorari granted.

No. 04–1495. HARTMAN ET AL. v. MOORE. C. A. D. C. Cir. Certiorari granted limited to Question 1 presented by the petition.